**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Douglas L. Steinmetz, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:11-cv-031 |
| Prairie Petro-Chem Holdings Ltd., and | ) | |
| Fredneas Hein, individually, | ) | |
| | ) | |
| Defendants. | ) | |

On March 14, 2012, the parties filed a Stipulation of Dismissal. The court **ADOPTS** the parties' stipulation (Docket No. 38) and **ORDERS** that the above-entitled action be dismissed with prejudice and without cost and without further notice to the parties.

Dated this 16th day of March, 2012.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge