# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Douglas L. Steinmetz, | ) |
|         Plaintiff, | ) **ORDER** |
| vs. | ) |
| Prairie Petro-Chem Holdings Ltd., and Fredneas Hein, individually, | ) Case No.: 1:11-cv-031 |
|         Defendants. | ) |

On March 14, 2012, the parties filed a Stipulation of Dismissal. The court **ADOPTS** the parties' stipulation (Docket No. 38) and **ORDERS** that the above-entitled action be dismissed with prejudice and without cost and without further notice to the parties.

Dated this 16th day of March, 2012.

                                                        /s/ Charles S. Miller, Jr.
                                                        Charles S. Miller, Jr.
                                                        United States Magistrate Judge